UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARK MINTO** | : CIVIL NO. 3:14CV00747 (VLB) |
| V. | : |
| **CONNECTICUT STATE POLICE,** et. al. | : AUGUST 11, 2016 |

## ANSWER

After the Court's ruling at Doc. 22 on the defendants motion to dismiss, the only Counts remaining in case are Count II, Count V (procedural due process only), and VII (only with respect to Trooper Herz). The defendants have moved for summary judgment (Doc. 25) as to Count VII.

## Allegations

## COUNT II

40. Denied

41. Denied.

42. Deny that Trooper Herz had no legal reason to seize firearm.

43. Denied.

44. Denied.

**45. Cannot admit or deny and therefore leaves the plaintiff to his proof.**

**46. Denied.**

**47. Denied.**

**Count V[1]**

**This count is denied.**

**Count VII[2]**

**77. Cannot admit or deny.**

**78. Cannot admit or deny.**

**79. Denied.**

**80. Denied.**

**81. Denied.**

**82. Denied.**

**Any and all claims of relief and requests for monetary damages are denied by the Defendants.**

---

[1] **The plaintiff brought this count as an equal protection count *only*. In the Court's decision at Doc. 22, the Court ruled that this count failed to state an equal protection claim but pleads facts sufficient to allege an unraised procedural due process claim.**

[2] **As to Trooper Herz *only*.**

## AFFIRMATIVE DEFENSES

Pursuant to Rules 7 and 12 of the Federal Rules of Civil Procedure, the defendants raise the following affirmative defense to the allegations contained in the complaint, as follows:

## FIRST AFFIRMATIVE DEFENSE

At all times relevant to this lawsuit, the defendants, in their individual capacities, acted reasonably and with a good faith belief that under the circumstances with which they were faced, they were acting lawfully. Therefore, they are entitled to qualified immunity from any judgment of monetary damages.

## SECOND AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

To the extent the plaintiff seeks recovery of money damages upon the basis of negligence or state tort, the defendants are immune from liability pursuant to Connecticut General Statutes §§ 4-141 through 4-164 and § 4-165.

## FOURTH AFFIRMATIVE DEFENSE

The plaintiff's own misconduct was the cause of any injuries he suffered.

THE DEFENDANTS

BY:_____/s/_____
EDWARD WILSON, JR. (ct29119)
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
860-808-5450
Fax: 860-808-5591
e.wilson@ct.gov
Their Attorney

## CERTIFICATION

I hereby certify that on August 11, 2016, a copy of the foregoing **Answer and Affirmative Defenses** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____/s/_____
Edward Wilson, Jr.
Assistant Attorney General